IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SARAH A. MCPHERSON,

    Plaintiff,

  v.                                                  No. 1:18-cv-01129-JDB-egb

DONALD SCHOONOVER; AND
RICHARD D. EGAN,

    Respondent.

---

ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH COURT'S ORDER
PROHIBITING PLAINTIFF FROM FILING FURTHER SUITS UNTIL SANCTIONS PAID

---

    Before the Court is Defendants Schoonover and Egan's respective motions to dismiss for, inter alia, the failure of Plaintiff, Sarah McPherson, to comply with the Court's June 23, 2015 order in *McPherson v. Kwok-Lee*, 1:15-cv-01137-JDT-egb, barring further suits by Plaintiff until she paid sanctions imposed on her by the Court. (D.E. 8, 10.) The assessment of monetary sanctions resulted from previous orders dismissing meritless lawsuits filed by McPherson in which the Court warned her that if she continued to file such lawsuits, she would incur monetary sanctions. *See, e.g., McPherson v. Loffler*, 1:10-cv-01036-JDB-egb (Apr. 8, 2010); *McPherson v. Litman*, 1:09-cv-01214-JDB-egb (Nov. 30, 2009). In the instant case, McPherson appears to yet again make patent infringement claims similar to those in the above-cited lawsuits.

    Because Plaintiff has not paid the sanctions and thus, has violated this Court's orders, this action is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED this 21st of August 2018.

                                                           s/ J. DANIEL BREEN
                                                           UNITED STATES DISTRICT JUDGE